```
         UNITED STATES DISTRICT COURT FOR THE
              DISTRICT OF NEW HAMPSHIRE
```

<u>United States of America</u>

       v.                       Criminal No. 08-cr-48-01-JD

<u>Lorraine Rehm</u>

<u>O R D E R</u>

The assented to motion to reschedule jury trial (document no. 15) filed by defendant is granted.

Defendant shall file a waiver of speedy trial rights within 10 days. Trial was originally rescheduled by the court from October 21, 2008 to November 4, 2008. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                                                  ***/s/ Joseph A. DiClerico, Jr.***
                                                  Joseph A. DiClerico, Jr.
                                                  United States District Judge

Date: October 21, 2008

cc:  Bjorn Lange, AFD
     Michael J. Zaino, Esq.
     U.S. Marshal
     U.S. Probation