UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                                Criminal No. 08-cr-48-01-JD

<u>Lorraine A. Rehm</u>

<u>O R D E R</u>

    The assented to motion to reschedule jury trial (document no. 27) filed by defendant is granted.

    Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.

                                              <u>***Joseph A. DiClerico, Jr.***</u>
                                              Joseph A. DiClerico, Jr.
                                              United States District Judge

Date: March 6, 2009


cc:  Bjorn Lange, Esq.
     Michael Zaino, Esq.
     U.S. Marshal
     U.S. Probation